UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:19-cr-69 |
| JUAN MARTINEZ | ) |

## ORDER

The Court, having considered the Government's Motion to Seal in the above-captioned case, and for good cause shown, hereby ORDERS that the Stipulated Protective Order is hereby sealed until further Order of the Court.

So ORDERED this 20th day of November, 2019.

_____
HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA