UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. CR419-69 |
| v. | ) | |
| | ) | |
| GILBERT BASALDUA | ) | |
| JUAN MARTINEZ, and | ) | |
| JOSEPH PASCUA | ) | |

### ORDER

This matter comes before the Court on the Government's request for a correction of a clerical error on the Superseding Indictment (Dkt. No. 132). The Court, having read and considered the Government's motion and the balance of the record, hereby GRANTS the Government's motion.

- It is so ORDERED that paragraph 31 of the Superseding Indictment (Dkt. No. 132), shall be changed from reading "Counts Two and Three" to "Counts One and Two."

So ORDERED this 25th day of November 2019.

_____
CHRISTOPHER L. RAY
US MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA