UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | Case No. 419-cr-69 |
|---|---|
| v. | |
| JUAN MARTINEZ | |

## ORDER

The Government's motion for reciprocal discovery (Doc. 187), having been read and considered, is hereby GRANTED[1]. Pursuant to Fed. R. Crim. P. 16(b)(1), Defendant Juan Martinez shall provide reciprocal discovery as detailed below and a written summary of testimony that Defendant Martinez intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence as evidence at trial to the government. Defendant Martinez' shall provide to the government the following reciprocal discovery:

1. Any books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody or control of defendant and which the defendant intends to introduce as evidence in the case-in-chief at the trial; and

2. Results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this particular case, or copies thereof, within the possession or control of defendant which the defendant intends to introduce as evidence-in-chief at the trial or which were prepared by a witness whom defendant intends to call at the trial when the results or reports relate to their testimony

SO ORDERED this 12th day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes that Defendant Martinez did not file a response to the government's motion.