IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:19cr69-4 |
| | ) | |
| JUAN MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that one pretrial motion has been complied with as to defendant, Juan Martinez. A hearing regarding the remaining motions will be set by separate Notice.

IT IS ORDERED THAT (Doc. 176) Motion to Dismiss is DISMISSED.

SO ORDERED, this 12th day of February 2020.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA